| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | HANNAH R. LABAREE, #294338<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant<br>JON WILLIAM GUESS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JON WILLIAM GUESS,<br><br>　　　　Defendant. | Case No. 2:18-mj-034 EFB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING<br><br>Date: February 15, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

　　　　IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorney for Jon William Guess that the detention hearing scheduled for February 15, 2018 be vacated and continued to February 16, 2018 at 2:00 p.m.

　　　　The reason for the continuance is to allow Mr. Guess to secure and confer with retained counsel for the detention hearing.

[THIS SPACE LEFT BLANK INTENTIONALLY]

Stipulation and [Proposed] Order to Continue Detention Hearing　　　-1-

| | | |
|---|---|---|
| 1 | DATED: February 14, 2018 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Hannah R. Labaree* |
| | | HANNAH R. LABAREE |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for JON WILLIAM GUESS |
| 7 | DATED: February 14, 2018 | MCGREGOR W. SCOTT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Samuel Wong* |
| | | SAMUEL WONG |
| 10 | | Assistant United States Attorney |
| | | Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**It is further ordered** that February 15, 2018 detention hearing shall be continued until February 16, 2018, at 2:00 p.m.

Dated: February 14, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge